UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>ANGEL GUITERREZ AGUILAR,<br><br>             Defendant. | Case No. 2:20-cr-00219-APG-NJK<br>Case No. 2:20-cr-00181-JCM-DJA |

### ORDER

IT IS ORDERED that the two cases 2:20-cr-00181-JCM-DJA and 2:20-cr-00219-APG-NJK be consolidated and combined before the honorable Judge Andrew P. Gordon.

IT IS FURTHER ORDERED that the Revocation Hearing currently scheduled for October 21, 2020, at the hour of 11:00 a.m. before Judge James C. Mahan, be vacated and reset to December 8, 2020, at 11:00 a.m. before Judge Andrew P. Gordon.

_____           _____
JAMES C. MAHAN                                              ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE          UNITED STATES DISTRICT JUDGE
 DATED October 2, 2020                                 DATED October 2, 2020

3