RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Anjel Gutierrez Aguilar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANJEL GUTIERREZ AGUILAR,<br><br>Defendant. | Case No. 2:20-CR-219-APG-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Anjel Gutierrez Aguilar, that the Revocation Hearing currently scheduled on April 15, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. The sentencing in Mr. Aguilar's state case matter, which is related paragraph one of the November 30, 2020 addendum petition, has been continued until April 13, 2021.

2. The parties request that Mr. Aguilar's April 15, 2021 revocation of supervised release hearing be continued for one week.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 9th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Monique Kirtley<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | /s/ Kimberly Anne Sokolich<br>By_____<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-219-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ANJEL GUTIERREZ AGUILAR, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, April 15, 2021 at 9:30 a.m., be vacated and continued to <u>May 5, 2021</u> at the hour of <u>9:00 a</u>.m. in courtroom 6C.

DATED this <u>9th</u> day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE