# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Anjel Gutierrez Aguilar**

Case Number: **2:20CR00219**

Name of Sentencing Judicial Officer: **Honorable Richard F. Cebull**

Date of Original Sentence: **August 24, 2012**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine; and Conspiracy to Possess with Intent to Distribute and Distribute Methamphetamine.**

Original Sentence: **120 months imprisonment, followed by 60 months supervised release**

Date Supervision Commenced: **August 29, 2019**

Date Jurisdiction Transferred to District of Nevada: **August 31, 2020**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

   On November 18, 2021, Mr. Aguilar committed the following offenses: Driving Under the Influence (DUI)(Misdemeanor) 1st, N.R.S. 484C.110, and Exhibition of Power/ Speed, (Misdemeanor), CO 10.24.060.

RE: Anjel Gutierrez Aguilar

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

  ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **February 23, 2022**

Digitally signed by Kamuela Kapanui
Date: 2022.02.23 15:10:36 -08'00'

Kamuela K Kapanui
United States Probation Officer

Approved:



Digitally signed by Joy Gabonia
Date: 2022.02.23 15:06:57 -08'00'

Joy Gabonia
Supervisory United States Probation Officer

### THE COURT ORDERS

☐  No Action.
☒  The issuance of a warrant.
☐  The issuance of a summons.
☐  Other:

_____
Signature of Judicial Officer

March 9, 2022
Date