RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Anjel Guiterrez Aguilar

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00219-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ANJEL GUITERREZ AGUILAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Anjel Guiterrez Aguilar, that the Revocation Hearing currently scheduled on March 21, 2023 at 10:00 a.m., be vacated and continued to April 11, 2023.

This Stipulation is entered into for the following reasons:

1.    This Court previously modified Mr. Aguilar's supervision to include mental health treatment. ECF No. 38.  Consistent with that modification, Mr. Aguilar is participating in treatment.  He has three sessions of treatment remaining and is expected to complete

treatment on or about March 20, 2023.   As a result, a continuance is requested to allow Mr. Aguilar to complete treatment before the revocation hearing.

      2.     The defendant is not custody and agrees with the need for the continuance.

      3.     The parties agree to the continuance.

      This is the first request for a continuance of the revocation hearing.

      DATED this 15th day of March 2023.

RENE L. VALLADARES
Federal Public Defender

    */s/ Nisha Brooks-Whittington*
By_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

    */s/ Imani Dixon*
By_____
IMANI DIXON
Assistant United States Attorney

1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3
4

UNITED STATES OF AMERICA,                Case No. 2:20-cr-00219-APG-NJK

                    Plaintiff,            **ORDER**

5
6

    v.

7

ANJEL GUITERREZ AGUILAR,

8

                    Defendant.

9
10

    Based on the pending Stipulation of counsel, and good cause appearing,

11

    IT IS ORDERED that the revocation hearing currently scheduled for Tuesday,

12

March 21, 2023 at 10:00 a.m., be vacated and continued to April 11, 2023 at the hour of

13

__1_: _30_ _p_.m. in Courtroom 6C.

14

    DATED this _17th_ day of March 2023.

15
16

                         _____

17

                         UNITED STATES DISTRICT JUDGE

18
19
20
21
22
23
24
25
26